WILLIAM R. TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY KŰÇŰK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6892
FACSIMILE:  (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br><br>BHW1, LLC.,<br><br>Defendant. | CIVIL ACTION NO.  CV-07-302-FVS<br><br>ORDER ENTERING CONSENT DECREE |

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree is approved as the final decree of the Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorney fees to any party.  The Court retains jurisdiction of this matter for purposes of

EEOC v. BHW1, LLC.
ORDER ENTERING CONSENT DECREE
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TTY:  (206) 220-6882

enforcing the Consent Decree approved herein.

SO ORDERED this __25th_ day of _March__, 2008.

    s/ Fred Van Sickle
The Honorable Fred Van Sickle
United States District Court Judge

Presented by:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


 /s/  Molly P. Küçük__
Molly P. Küçük

EEOC v. BHW1, LLC.
[Proposed] ORDER ENTERING CONSENT DECREE
 Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TTY:  (206) 220-6882